United States District Court
Southern District of Texas
**ENTERED**
April 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HAI DUC LE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-06257 |
| | § | |
| PAMELA BONDI, et al., | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

Based on the parties' representations that Petitioner Hai Duc Le has been released from custody and that this case may be closed, the Court **ORDERS** as follows:

1.  This case is **DISMISSED** without prejudice.

2.  All other pending motions, if any, are **DENIED as MOOT**.

3.  This case is **CLOSED**.

SIGNED:  April 28, 2026

_____
Andrew S. Hanen
United States District Judge